AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1620 Good Hope Rd, S.E.
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 0 8 - 0 5 2 - M - 0 1

TO __Daniel C Sparks__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Daniel C. Sparks__ who has reason to believe that
(name, description and or location)

on the property or premises known as 1620 Good Hope Rd., S.E., Washington, D C., a two story tan brick row house with a brown front door with brown oval glass in the center of the door. The numerals 1620 are black on a white placard located to the right of the front door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attached Affidavit.☐

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant

**YOU ARE HEREBY COMMANDED** to search on or before __February 5, 2008__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6.00 A.M. to 10.00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U S. Judge/U.S Magistrate Judge, as required by law

**JAN 2 8 2008** @ |:__PM__

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

**Deborah A. Robinson**
**United States Magistrate Judge**

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/28/08 | 2/5/08  7:08 AM | Sylvia Burrow |

INVENTORY MADE IN THE PRESENCE OF  SAs Brian Jacob, Tom Ryan, Rodney Crawford

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached Receipt.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

**FILED**

FEB 0 7 2008

Clerk, U.S. District and
Bankruptcy Courts

Subscribed, sworn to, and returned before me this date

_____
U.S. Judge or U.S. Magistrate Judge

02-07-2008
Date

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __2/5/08__          Entry: 7:08 AM          item(s) listed below were:
                              Exit: 8:40              ☐ Received From
                                     Am              ☐ Returned To
                                                     ☐ Released To
                                                     ☒ Seized

(Name) ___Sylvia Burrows___

(Street Address) ___1620 Good Hope Road SE___

(City) ___Washington, D.C.___

Description of Item(s): ① MAILMATTER for Sylvia Burrows located by SA Gibson on table near front door hallway.

② One blue ziploc bag of suspected marijuana located by SA DC Sparks in green bag in Room B (Dining Room)

③ Diamonds with settings located by SA Jacobs Rm E

④ Black plastic bag containing suspected marijuana located by SA Ryan on Dresser Rm E.

⑤ Canon SD20 Canon Digital Elph camera located by SA Crawford on shelf of TV stand Rm E

⑥ Four fur coats and three fur hats located by SA Nwachuku in closet Rm E.

⑦ Two photos of Nikdow and Daughter located by Det. Dassin on desk Rm I.

⑧ Indicia of occupancy and two photos located by SA Jacob Rm E (Bedroom)

Received By: ___Daniel C. Sparks___   Received From: ___Sylvia Burrows___
             (Signature)                              (Signature)